UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANTONIO LOPEZ DEL VALLE,

Petitioner,

v.

BRIAN ENGLISH, Warden,

Respondent.

CAUSE NO. 3:26-CV-142-CCB-SJF

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the Warden to release Antonio Lopez Del Valle if he was not provided with an individualized bond hearing by March 2, 2026. (ECF 10.) The Warden has notified the court that Mr. Lopez Del Valle had a bond hearing on February 25, 2026. (ECF 13.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on March 9, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT